

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 04 CR 333 |
| v. ) | Judge Wayne Andersen |
| ) | |
| JOSEPH THOMAS NUREK ) | |

**PROTECTIVE ORDER**

This matter having come before the Court on the government's Agreed Motion for a Protective Order concerning certain reports prepared by medical professionals concerning their evaluation and proposed treatment for Victims A, B, and C, it is hereby

ORDERED that defense counsel shall not disclose the reports or the information contained therein to anyone for any purpose, and shall not use the reports or the information contained therein for any purpose other than addressing criminal restitution payments for Victims A, B, and C in connection with the September 2007 sentencing in this case. Notwithstanding the previous sentence, defense counsel may provide the reports to the expert witness retained by the defense for the purpose of evaluating the proposed restitution payments in connection with the September 2007 sentencing, provided that defense counsel instruct the expert witness concerning the terms of the protective order.

ENTER:

_____
WAYNE ANDERSEN
United States District Judge

Dated: August 29, 2007